UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MYRIAN ECHAVARRIA,<br><br>        Plaintiff,<br><br>  -against-<br><br>ABM INDUSTRY GROUP LLC; SAM HAXHAS, SUPERVISOR FOR ABM INDUSTRY GROUP LLC,<br><br>        Defendants. | 20-CV-9247 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued February 26, 2021, dismissing the amended complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to exercise supplemental jurisdiction over any state-law claims Plaintiff may be asserting. 28 U.S.C. § 1367(c)(3).

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 26, 2021
     New York, New York

                    _Louis L. Stanton_
                     LOUIS L. STANTON
                        U.S.D.J.